**STATE of Missouri, Respondent,**

v.

**Lonnie Ray MILLER, Appellant.**

**No. WD 39720.**

Missouri Court of Appeals,
Western District.

June 21, 1988.

William J. Stewart, Bolivar, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and TURNAGE, and COVINGTON, JJ.

### ORDER

**PER CURIAM:**

Direct appeal from a jury conviction for assault, first degree, in violation of § 565.050, RSMo 1986 and the abuse of a child, in violation of § 568.060, RSMo 1986.

Judgment affirmed. Rule 30.25(b).